USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN CANCRO,

                      Plaintiff,

-v-

CREDI AGRICOLE INDOSUEZ
SEVERANCE PAY PROGRAM, ET AL

                      Defendant.

No. 05 Civ. 02023 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for oral argument on the outstanding motions in this case on February 20, 2009 at 9:30 a.m. in the United States District Court, Courtroom 21C, 500 Pearl Street, New York, New York.

SO ORDERED.

DATED:    New York, New York
               January __, 2009

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE