UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/09

STEVEN CANCRO,

                Plaintiff,

-v-

CREDIT AGRICOLE INDOSUEZ SEVERANCE
PAY PROGRAM, *et al.*,

                Defendants.

No. 05 Civ. 2023 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that, no later than March 31, 2009, the parties shall submit a joint letter to the Court identifying which portions of the Court's sealed March 24, 2009 Memorandum and Order are covered by the Protective Order in this matter, and whether those portions should be redacted, or whether the parties consent to lifting the Protective Order.

SO ORDERED

Dated:      March 24, 2009
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE