USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN CANCRO,

                Plaintiff,

-v-

CREDIT AGRICOLE INDOSUEZ SEVERANCE
PAY PROGRAM, *et al.*,

                Defendants.

---

No. 05 Civ. 2023 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

In accordance with the Court's sealed Memorandum and Opinion dated March 24, 2009, the Clerk of the Court is respectfully directed to terminate the motions docketed as Document Nos. 37 and 38 and to close this case.

SO ORDERED

Dated:      March 24, 2009
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE